UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:08-cv-213-C

| | |
|---|---|
| FLICK MORTGAGE INVESTORS, INC. | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| ALFRED L. TRAPPANESE, JR., SAVOY FINANCIAL, LLC, WAINWRIGHT & ASSOCIATES, INC., and JASON G. WATERS, | ) ) ) ) ) |
| Defendants. | ) ) |

It appearing that Plaintiff Flick Mortgage Investors, Inc. and Defendants Wainwright & Associates, Inc. ("Wainwright") and Jason G. Waters ("Waters") have conferred regarding the Motion of Defendants Waters and Wainwright to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, to Transfer Venue to the United States District Court for the Northern District of Georgia, Atlanta Division, and it further appearing that Plaintiff and Defendants Wainwright and Waters have mutually consented to the entry of this Order, **IT IS HEREBY ORDERED THAT**:

1. The Motion of Defendants Waters and Wainwright to Transfer Venue to the United States District Court for the Northern District of Georgia, Atlanta Division, is **GRANTED**;

2. The Motion of Defendants Waters and Wainwright to Dismiss for Lack of Personal Jurisdiction is **DENIED** as moot;

3. Pursuant to 28 U.S.C. § 1404, the Clerk of this Court shall **TRANSFER** the above-captioned case to the United States District Court for the Northern District of

       Georgia, Atlanta Division, for further proceedings;

4.     All deadlines in the above-captioned case are **STAYED** until such time as this case is docketed in the United States District Court for the Northern District of Georgia, Atlanta Division; and

5.     Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants Waters and Wainwright shall **ANSWER** by filing responsive pleadings within ten (10) days of docketing of the above-captioned case in the United States District Court for the Northern District of Georgia, Atlanta Division.

**IT IS SO ORDERED**.

Signed: May 28, 2008

_____
Robert J. Conrad, Jr.
Chief United States District Judge